**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/2021
```

BRAULIO THORNE, on behalf of himself and all other persons similarly situated,

    Plaintiff,

- against -

WEST PAW, INC.,

    Defendant.

Case No. 1:20-cv-09440

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that plaintiff Braulio Thorne hereby voluntarily dismisses, with prejudice, his complaint against defendant West Paw, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

GOTTLIEB & ASSOCIATES

By: _____
Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
Tel: (212) 228-9795
jeffrey@gottlieb.legal

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: _____
Christopher L. Donati
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6422
Fax: (212) 379-5212
chrisdonati@dwt.com

*Attorneys for Defendant*

4821-7517-4627v.1 0050033-004843

The Clerk of Court is respectfully requested to terminate all open motions and to close this case. The Clerk of Court is further directed to amend the case caption to delete the language "on behalf of himself and all other persons similarly situated" after the individual Plaintiff's name, as this dismissal is operative only as between individual Plaintiff Braulio Thorne and Defendant West Paw, Inc.

SO ORDERED.

_____  3/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE